Leo G. Daly, Grogan, Graffam, McGinley & Lucchino, Pittsburgh, for F.B. Wright Co.

Richard Curtis, White & Williams, Philadelphia, for H.K. Porter Co., Inc.

William R. Haushalter, Miles A. Kirshner, Rosenberg, Kirshner, Pittsburgh, for Keene Corp. and Anchor Packing Co. and Garlock Inc.

Alan H. Perer, Anna Marie Sosso, Jan C. Swensen, John C. Bogut, Jr., Swensen, Perer & Johnson, Pittsburgh, for GAF Corp., A.P., Green Refractories, Armstrong World Industries, Inc., The Gage Co. & Nat. Gypsum Co.

Patrick R. Riley, Patrick A. Hewitt, Frederic E. Orlansky, Gary F. Roberson, Riley McNulty and Hewitt, P.C., & David E. Sweitzer, Pittsburgh, for Owens–Corning Fiberglass Corp., in No. 50.

John J. Repcheck, Sharlock, Repcheck & Mahler, Pittsburgh, for Anchor Packing Co., in Nos. 51 and 52.

John Bacharach, Bacharach & Klein, Pittsburgh, for Garlock, Inc., in Nos. 51 and 52.

Patrick R. Riley, Patrick A. Hewitt, Frederic E. Orlansky, Gary F. Roberson, Riley & DeFalice, P.C., Pittsburgh, for Owens–Corning Fiberglass Corp., in Nos. 51 and 52.

Michael A. Martin, Eckert, Seamans, Cherin & Mellott, Pittsburgh, for Kaiser Refractories.

Edward A. Schenck, Tighe, Evan & Ehrman, Pittsburgh, for John Crane–Houdaille, Inc.

Stephen R. Mlinac, Dickey, McCamey & Chilcote, Pittsburgh, for Allied Glove Corp. in Nos. 51 and 52.

R. Kenneth Willman, Ruth A. Antinone, Concetta A. Silvaggio, Willman & Arnold, Pittsburgh, for George V. Hamilton, Inc. & A–Best Products Co. in Nos. 51 and 52.

Donald Seymour, Robert M. Owsiany, Richard H. Taylor, Kirkpatrick & Lockhart, Pittsburgh, for Harbison–Walker Refractories, Inc.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

*ORDER*

PER CURIAM:

Order affirmed.

MONTEMURO, Senior Justice, dissents.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF ENVIRONMENTAL RESOURCES, Appellant,**

v.

**WASHINGTON COUNTY.**

Supreme Court of Pennsylvania.

Argued March 9, 1994.
Decided March 30, 1994.

Gail B. Phelps, Asst. Counsel, Bureau of Regulatory Counsel and Keith Welks, Harrisburg, for appellant.

Katherine B. Emery, Washington, for appellee.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.

■

**Joan Elizabeth WELSH, Surviving Spouse and Administratrix of the Estate of William M. Welsh**

v.

**T.C. KALKHOFF, M.D. and Iroquois Medical Center, Appellants.**

Supreme Court of Pennsylvania.

Argued March 8, 1994.

Decided March 30, 1994.

J. Timothy Hinton, Matis, Gaca & Hamilton, P.C., Pittsburgh, for appellants.

Andrew J. Conner, Erie, for appellee.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800,

due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.

■

**LIFE SERVICE SYSTEMS, Appellant,**

v.

**UNEMPLOYMENT COMPENSATION BOARD OF REVIEW.**

Supreme Court of Pennsylvania.

Argued March 9, 1994.

Decided March 30, 1994.

James R. Antoniono, DeBernardo, Antoniono, McCabe & Davis, P.C., Greensburg, for appellant.

James K. Bradley and Judith M. Gilroy, Unemployment Compensation Bd. of Review, Harrisburg, for appellee.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800,